STATE OF CONNECTICUT *v.* BERNARD AVCOLLIE

The defendant's motion to dismiss the state's writ of error in the appeal from the Superior Court in the judicial district of Waterbury is denied by the court.

*John D. Jessup,* in support of the motion.

*Francis M. McDonald, Jr.,* state's attorney, in opposition.

Released December 20, 1977

CONNECTICUT BANK AND TRUST COMPANY *v.* SETH O. L. BRODY ET AL.

The motion by the defendants Roberts T. Skinner and Elizabeth Skinner Stach to strike the brief, filed November 14, 1977, of the defendant Deming et al. and to dismiss the reservation as to the defendant Deming et al. in the appeal from the Superior Court in Hartford County is denied by the court.

*Michael S. Schenker,* in support of the motion.

*Edwin G. Hebb, Jr.,* in opposition.